IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRANDON MICHAEL JEANPIERRE, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC STORAGE, PUBLIC STORAGE OP. L.P., and PUBLIC STORAGE OPERATION COMPANY, <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS <br><br> Case No. 2:25-cv-00287-JNP <br><br> District Judge Jill N. Parrish |

Magistrate Judge Cecilia M. Romero issued a Report and Recommendation that the court grant the motion to dismiss filed by defendants Public Storage, Public Storage OP. L.P., and Public Storage Operation Company (collectively, the defendants). Judge Romero notified the parties that a failure to file a timely objection to the recommendation could result in waiver. No objection was filed within the allotted time.

Because no party objected to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a *pro se* litigant's effort to comply, the force and plausibility of the explanation for his failure to comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require it to deviate from the waiver rule. Thus, the court finds that all objections are waived.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 54, is ADOPTED IN FULL.

2. The court GRANTS the defendants' motion to dismiss this action with prejudice. ECF No. 45.

DATED February 17, 2026.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge